**Order filed, May 23, 2016.**



In The

# Fourteenth Court of Appeals
_____

**NO. 14-16-00260-CV**
_____

**CARNEGIE HOMES & CONSTRUCTION, LLC, Appellant**

**V.**

**EROL TURK, Appellee**

**On Appeal from the County Civil Court at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1046321**

## ORDER

The reporter's record in this case was due **May 18, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Monica Grassmuck**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM